

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2016 JUN -6 P 12:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

Tommy Pylant

Inmate Identification Number: 108809

100 Warrior Lane

Bessemer, AL. 35023

(Enter above the full name of the plaintiff in this action)

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

CV-16-K-0934-S

vs.

Warden Mire,

Medical, Director, ETAL

Mental Health, Director, ETAL

Jeff Dunn, Commissioner,

(Enter above full name(s) of the defendant(s) in this action)

I.  Previous lawsuits

  A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes ( ✓ )    No ( )

  B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit: Tommy Pylant #108809
          Plaintiff: ~~Warden and Comm~~

          Defendant(s): Warden and Comm

2. Court (if Federal Court, name the district; if State Court, name the county) Middle District

3. Docket number Dont NO

4. Name of judge to whom case was assigned Mag, Armstrong

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Dismissed as favils

6. Approximate date of filing lawsuit Dont no

7. Approximate date of disposition Dont NO

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (X)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No (X)

   C. If your answer is YES:

      1. What steps did you take? N/A

      2. What was the result? N/A

   D. If your answer is NO, explain why not: theres NO grievence

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Tommy Plant #108809

100 Worrior Lane, Bessemer, AL 35023

Address _____

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Jeff Dunn

Is employed as Alabama Prison Commissioner

at Montgomery, AL

C. Additional Defendants Warden Mire,

Medical Director, "owner" who ever is in charge

Mental Health. Dir, Cord, and owner

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Plaintiff is in the Mental Health unit along with other inmates that have some typy of micro-Chip implanted in them. Plaintiff problem the Defendants deny it exist to Plaintiff, who ever the Monitors are they torture the Plaintiff day and night threw the Computer. To the point that plaintiff could kill him

4

self, He has cut him self very Bad about a month ago, There is also some type of Medical object that was slip inside Plaintiff Body during and syst operation. Plaintiff has Inmates for his witnesses
See exib(A) witness

V.   **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

① order that Plaintiff Be taken some where for and MRI and cat scan to Prove this object is inside his Body.
② 20 million Dollors for Damages
③ Sue each and ever one thats Defendant and Involved for 50 million Dollars
④ appoint Plaintiff a Lawyer

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-1-2016

Tommy Pylant #108809
SIGNATURE

ADDRESS 100 Warrior Lane
Bessemer, AL 35023

AIS # 108809

5

Tommy Rylant #108809
100 Worrior Lane
Bessemer, AL 35023
R-24

"Legal mail"



BIRMINGHAM
AL 350
03 JUN '16
PM 3 L

$ 000.67

Office of Clerk
Clerk, United States District Court
Northern District of Alabama
Hugo L. Black United States Courthouse
1729-5TH Avenue North
Birmingham, AL 35203-2040